# FILED

## UNDER

# SEAL

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

FILED

2017 JUL 21  AM 9:36

U.S. MAGISTRATE JUDGE

BY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-mj-0770-PAL |
| Plaintiff, | |
| vs. | **(UNDER SEAL)** |
| OSCAR ALEJANDRO GARCIA-LUQUIN, | |
| Defendant. | |

## ORDER TO SEAL

Based on Government's Motion to Seal the Complaint and Arrest Warrant in the above-captioned matter and good cause appearing, therefore;

IT IS SO ORDERED that the Complaint be sealed.

DATED this _21st_ day of July 2017.

_____
UNITED STATES MAGISTRATE JUDGE

3