UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR ALEJANDRO GARCIA-LUQUIN,<br><br>Defendant. | Case No. 2:12-cr-00304-LDG-VCF<br>Case No. 2:17-cr-00247-JCM-PAL<br><br>**ORDER TO CONSOLIDATE AND REASSIGNMENT** |

Plaintiffs United States of America and Defendant Oscar Alejandro Garcia-Luquin have filed a Joint Stipulations to Consolidate in Case Nos. 2:12-cr-00304-LDG-VCF, (ECF No. 58) and 2:17-cr-00247-JCM-PAL (ECF No. 27), jointly moving the Court to consolidate the cases to case no. 2:12-cr-00304-LDG-VCF and transfer the case to District Judge Richard F. Boulware, II.

The parties are in the process of negotiating a global resolution in the revocation petition in case no. 2:12-cr-00304-LDG-VCF and in the pending criminal indictment in case no. 2:17-cr-00247-JCM-PAL. In the interest of judicial economy, the presiding district judges in these actions have determined that these cases are related and that good cause exists to consolidate Case No. 2:12-cr-00304-LDG-VCF and Case No. 2:17-cr-00247-JCM-PAL before District Judge Richard F. Boulware, II and Magistrate Judge Cam Ferenbach under LR 42-1(b).

IT IS THEREFORE ORDERED that Joint Stipulations to Consolidate Case Nos. 2:12-cr-00304-LDG-VCF, (ECF No. 58) and 2:17-cr-00247-JCM-PAL (ECF No. 27), are GRANTED.

IT IS FURTHER ORDERED that each of the cases is reassigned to District Judge Richard F. Boulware and Magistrate Judge Cam Ferenbach.

IT IS FURTHER ORDERED that the Clerk of Court is directed to consolidate Case No. 2:12-cr-00304-LDG-VCF with Case No. 2:17-cr-00247-JCM-PAL and transfer the consolidated case to District Judge Richard F. Boulware, II and Magistrate Judge Cam Ferenbach and all future pleadings will bear Case No. 2:17-cr-00247-RFB-VCF.

DATED this 18th day of December, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

_____
LLOYD D. GEORGE
UNITED STATES DISTRICT JUDGE

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE